*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps Court of Criminal Appeals

Before
HOLIFIELD, KIRKBY, and DALY
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Randolph T. HOPE**
Lance Corporal (E-3), U.S. Marine Corps
*Appellant*

**No. 202300125**

_____

Decided: 20 December 2023

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Yong J. Lee

Sentence adjudged 3 March 2023 by a special court-martial convened at Marine Corps Air Station Miramar, California, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for six months, forfeiture of $1,278.00 pay per month for six months, and a bad-conduct discharge.[1]

---

[1] We note that the military judge's initial announcement regarding adjudged forfeiture of pay was inconsistent with Rule for Courts-Martial [R.C.M.] 1003(b)(2) and that the subsequent correction was discussed via email rather than at a post-trial Article 39(a), Uniform Code of Military Justice [UCMJ] session, as prescribed in R.C.M. 1104(b)(1)(C). However, we find no prejudice to Appellant.

Opinion of the Court

For Appellant:
*Lieutenant Commander Doug Ottenwess, JAGC, USN*

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[2] Articles 59 & 66, UCMJ, 10 U.S.C. §§ 859, 866.